JS - 6

1 Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
2 5445 E. Del Amo Blvd., Ste 207
Lakewood, CA 90712
3 tel (562) 866-8755  fax (562) 866-6875
tlwhiteleather@juno.com
4

5 Attorney for Plaintiff

6

7

8
IN THE UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT
10

11 C.B., a minor, by and through ) CASE NO. $^{SA}$CV 08-1047
his Guardian Ad Litem, ALEXIS ) RSWL (Cwx)
12 BAQUERIZO, )
) [PROPOSED] JUDGMENT
13     Plaintiff, )
)
14     v. )
)
15 GARDEN GROVE UNIFIED SCHOOL )
DISTRICT, )
16 )
    Defendant. )
17 _____)

18

19      This matter came up for trial on July 15, 2009 on

20 the complaint for partial reversal of the California

21 Office of Administrative Hearings Decision in Case No.

22 N 2007080547, issued on June 24, 2008.  Following oral

23 argument and additional briefing by the parties, it is

24 hereby **ORDERED, ADJUDGED AND DECREED**:

25      The District failed to provide Student a Free

26 Appropriate Public Education (FAPE) by:

27           1) Failing to provide Speech and Language

28              services in accord with the June 15,

1

1                   2006 Individualized Education Program (IEP);
2           2) Failing to develop and implement a
3               goal to address Student's unique need in
4               the area of auditory processing
5               after June 15, 2006;
6           3) Failing to develop a goal to
7               address Student's need in the area
8               of anxiety after October 13, 2006;
9           4) Failing to make Student an appropriate
10              offer for Extended School Year (ESY) 2007 by
11              failing to include OT services, and;
12           5) Failing to include the amount of time
13              Student would spend in General
14              Education (GE) and an appropriate
15              explanation why a Special Day Class (SDC)
16              was more appropriate in the offer of
17              placement in June, 2007.
18      The Reading and Language Center (RLC), a nonpublic
19 agency, provided Student with educational benefits,
20 including increased IQ scores, progress on reading
21 comprehension and OT needs, and improvement in behavior
22 and anxiety-related areas.  As RLC provided Student
23 with educational benefits at a time when the District
24 failed to provide FAPE to him, Student's aunt is
25 entitled to reimbursement of the full amount of her
26 ///
27 ///
28 ///

costs for services and related transportation costs for RLC, including interest at the rate of 10%.

**IT IS SO ORDERED.**

DATE: October 5, 2009

*/s/ Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge