## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ALEXIS BAQUERIZO, <br><br> Plaintiff(s), <br><br> v. <br><br> GARDEN GROVE UNIFIED SCHOOL DISTRICT, <br><br> Defendant(s). | CASE NUMBER <br><br> CV-08-1047-RSWL <br><br><br> **NOTICE OF FILING OF** <br> ☑ **OFFICIAL** ☐ **REDACTED  TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☑      Notice is hereby given that an official transcript of a proceeding, document number(s) #76                                                                                                                          , has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days.  Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐      Notice is hereby given that a redacted transcript of a proceeding, document number(s) _____, has been filed by the court reporter/electronic court recorder in the above-captioned matter.


                              CLERK U.S. DISTRICT COURT


Date: MARCH 19, 2010                          VICTORIA L. VALINE, CSR, RMR, CRR
                                              Court Reporter/Deputy Clerk